UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/5/11
```

------------------------------------------------------------X

DIMAS FIGUEROA, et al.,

                Plaintiffs,

      - against -

EZE CASTLE INTEGRATION, INC., et al.,

                Defendants.

------------------------------------------------------------X

10 Civ. 1607 (RMB)

**ADMINISTRATIVE ORDER**

      Based upon Plaintiff's letter, dated April 3, 2011, requesting that the Court add the words "and all accrued interest" to Paragraph 14 of the Court's Order, dated March 15, 2011, it is hereby

      **ORDERED** that Paragraph 14 of the Court's Order, dated March 15, 2011 is amended as follows:

      The Court directs the Clerk of the Court to cause the total Settlement amount, **plus all accrued interest**, which is currently in the Court's CRIS account, to be paid to the Settlement Administrator's Qualified Settlement Fund ("QSF") account: FIGUEROA ET AL V EZE CASTLE INTEGRATION INC ET AL, at Orange County Business Bank, 4675 MacArthur Court Ste 100, Newport Beach, CA 92660, upon the Effective Date of the Settlement.

      The Clerk of Court is respectfully requested, thereafter, to close this case.

Dated: New York, New York
       April 5, 2011

                                                RMB
                                        RICHARD M. BERMAN, U.S.D.J.